THE PEOPLE OF THE STATE OF NEW YORK ex rel. R. W. WILSON, Relator, *v.* LOUIS P. FUHRMANN, as Mayor, etc., Respondent.

Supreme Court, Special Term, Erie County, October 12, 1911.

*Michael F. Dirnberger, Jr.,* for the relator.

*Clark Hammond, Corporation Counsel* [*Robert J. Summers, Assistant Corporation Counsel,* of counsel], for the respondent.

HOOKER, J. The sole question involved on this application is as to whether the sections of the General Business Law in relation to the pawnbrokerage business supersede the ordinances of the city of Buffalo relating to the same subject.

This exact question has recently been determined in this court by Mr. Justice POUND in the action of *Marfisi* v. *Wilson & Company* (166 Misc. 887), and his ruling should be followed here.

A peremptory writ is, therefore, granted.